AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## SOUTHERN    DISTRICT OF    FLORIDA

UNITED STATES OF AMERICA
V.
MALAINA CHAPMAN

**EXHIBIT AND WITNESS LIST**

Case Number:  1:24-CR-20321-RAR(1)

| PRESIDING JUDGE RODOLFO A. RUIZ II | | | PLAINTIFF'S ATTORNEY Dan Bernstein | | DEFENDANT'S ATTORNEY Matthew N Rogoff, Andrew Rier | |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) Sentencing Hearing - June 13, 2025 | | | COURT REPORTER ILONA LUPOWITZ | | COURTROOM DEPUTY Graciela Gomez | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 1 | | 6/13/2025 | YES | YES | Spreadsheet | |
| 2 | | 6/13/2025 | YES | YES | Spreadsheet | |
| 3 | | 6/13/2025 | YES | YES | Spreadsheet | |
| 4 | | 6/13/2025 | YES | YES | Spreadsheet | |
| 5 | | 6/13/2025 | YES | YES | Department of the Treasury Internal Revenue Service Letter | |
| 6 | | 6/13/2025 | YES | YES | Spreadsheet | |
| 7 | | 6/13/2025 | YES | YES | Schedule C form 2019 | |
| 8 | | 6/13/2025 | YES | YES | Schedule C form 2020 | |
| | | | | | WITNESS | |
| | | | | | Curtis Wilkins, USPS-OIG | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.